UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 1:11-cr-57

JOHN ANDREW MEKEDIAK,                    HON. JANET T. NEFF

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's *pro se* Motion to Modify Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(1)(i) (ECF No. 63).  The government filed a Response opposing the motion (ECF No. 69).  For the reasons articulated in the government's brief, Defendant is not eligible for any sentence modification pursuant to 18 U.S.C. § 3582(c). Accordingly:

**IT IS HEREBY ORDERED** that the Motion to Modify Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(1)(i) (ECF No. 63) is DENIED.

Dated:  March 2, 2018                                        /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge