Case 1:11-cr-00057-JTN  ECF No. 71, PageID.321  Filed 05/08/18  Page 1 of 2

FILED - LN
May 8, 2018 10:48 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY cfw /    SCANNED BY /s/

To whom it may concern:

I am writen in regards to getting a copy of my Appeal Re-Sentencing Transcripts for case # 1:11-CR-57.

Sincerly

John Mckediak

Address: John Mckediak
#15799-040
Gilmer F.C.I.
P.O. Box 6000
Glennville WV 26351

Just to Clarify: The Transcripts from, my Appeal Re-sentencing,

Thank You.

John T. Riddick #15799-040
Federal Correctional Institution / Gilmer
P.O. Box 6000
Glenville, WV 26351

15799-040
Usdiscourt Off Of The Clerk
Court Reporter
315 W Allegan ST
113 Fed Building
Lansing, MI 48933
United States