

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

May 10, 2018

John Mekediak #15799-040
Gilmer FCI
P.O. Box 6000
Glenville, MI 26351

Re: RESPONSE FROM CLERK – Case No. 1:11-cr-57

Dear Mr. Mekediak:

The Clerk's Office is in receipt of your letter dated May 8, 2018, requesting copies of the following document(s). Copies requested through the Clerk's Office are 50 cents a page. **Advance payment is required.** You may pay by cash, credit card, check or money order (made payable to the U.S. District Court Clerk).

| Document # | Document Name | # of Pages | x $.50 per page | Subtotal |
| --- | --- | --- | --- | --- |
| 62 | Transcript of Resentencing | 7 | | 3.50 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | **TOTAL AMOUNT DUE:** | $3.50 |

Upon receipt of your payment, the Clerk's Office will provide you with copies of the requested document(s). **Please enclose this response with your payment.**

Sincerely,

CLERK OF COURT

/s/ pjw

By: Deputy Clerk

Public Access to Court Electronic Records (PACER) is an electronic public access service that allows customers to obtain case information from federal courts. Access to court documents currently costs $0.10 per page via the Internet. Visit www.pacer.gov for more information.