# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   John Andrew Mekediak                                                  Case Number: 1:11CR00057-01

Name of Sentencing Judicial Officer: The Honorable Robert Holmes Bell
                                        U.S. District Judge

Name of Presiding Judicial Officer:   The Honorable Janet T. Neff
                                        U.S. District Judge

Date of Original Sentence: December 1, 2011

Original Offense: Count 2: Felon in Possession of a Firearm; 18 U.S.C §§ 922(g) and 924(e)(1)

Original Sentence: 240 months imprisonment and 5 years supervised release. Special Conditions: (1) substance abuse treatment/testing; (2) no alcohol use/possession; (3) mental health treatment; (4) financial disclosure; (5) community service work alternative; (6) cellular phone as approved; (7) no contact with ex-felons without approval; (8) curfew for first year of supervision. Special Assessment, $100.00 (paid).

Amended Sentence: 120 months imprisonment and 3 years supervised release. Special Conditions: (1) substance abuse treatment/testing; (2) no alcohol use/possession; (3) mental health treatment; (4) financial disclosure; (5) community service work alternative; (6) cellular phone as approved; (7) no contact with ex-felons without approval; (8) curfew for first year of supervision. Special Assessment, $100.00 (paid).

Type of Supervision: Supervised Release               Date Supervision Commenced: November 8, 2019
                                                                                          Expiration Date: November 7, 2022

Assistant U.S. Attorney: B. Rene Shekmer              Defense Attorney: Michael Robert Bartish

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1**

**Special Condition Number 10: You must not have contact with Lindsey Mekediak. This includes any physical, visual, written, electronic or telephonic contact with such persons. Additionally, you must not directly cause or encourage anyone else to have such contact with Lindsey Mekediak.**

On or about November 18, 2020, Mr. Mekediak had contact with Lindsey Mekediak.

**Nature of Noncompliance for Violation 1**

On November 18, 2020, Lindsey Mekediak contacted the Battle Creek Police Department (BCPD) reporting his estranged husband, John Mekediak, violated a court order by having contact with her. According to the police report, Ms. Mekediak explained that at 1:50 a.m. she received a video call from an individual named Amanda Lucas. When Ms. Mekediak answered the call from Ms. Lucas, she reported it was Mr. Mekediak on the video call. Ms. Mekediak stated Mr. Mekdiak immediately began screaming and threatening her. She further claimed that Mr. Mekediak stated, "I'm gonna beat your fucking ass," and "When I'm off tether, I'm going to WorldStar you." WorldStar is a website where people are recorded fighting people. BCPD requested evidence of the reported contact from Ms. Mekediak as Mr. Mekediak is not authorized to make contact with her per a bond condition in a pending Domestic Violence case.

On November 19, 2020, this writer spoke with BCPD about the incident and was told evidence had not been forwarded by Ms. Mekediak. The probation officer also questioned Mr. Mekediak about making contact of any kind with Ms. Mekediak, and he consistently denied having any contact with his wife.

On November 30, 2020, the probation office received screenshot images of a video call showing Mr. Mekediak having contact with Ms. Mekediak. The video call occurred on November 18, 2020 at 1:50 a.m.

**Previous Violations**

- **April 10, 2020:** Report on Offender: Mr. Mekediak was arrested for new state criminal matters on February 29, 2020, for the offense Telecommunications Services-Malicious use; on March 10, 2020, for the offense Nonaggravated Assault; and on March 13, 2020, for the offense Obstruction of Justice. The probation officer recommended no formal action while the charges continued to be investigated by local law enforcement and the courts. The Court agreed no action is needed at this time.

- **July 31, 2020:** Modification of supervised release due to Mr. Mekediak being arrested and charged in Calhoun County for Domestic Violence against Lindsey Mekediak, and a violation of his supervised release curfew. The Court adding Special Condition Numbers (9), adding four months location monitoring with home detention; (10) no contact with Lindsey Mekediak, including physical, visual, written, electronic or telephonic by offender or through a third party; and (11) search and seizure.

PROB 12C
John Andrew Mekediak
1:11CR00057-01

**U.S. Probation Officer Recommendation:**

The term of Supervised Release should be
    [X] revoked.

                              I declare under penalty of perjury that the foregoing is true and correct.

                              Executed on November 30, 2020

| Approved, | Respectfully submitted, |
|---|---|
| by /s/ Scott M. Lopofsky | by /s/ Tonika R. Cooper |
| Scott M. Lopofsky | Tonika R. Cooper |
| Supervisory U.S. Probation Officer | U.S. Probation Officer |
| Date: November 30, 2020 | Date: November 30, 2020 |

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other

                              /s/ Janet T. Neff

                              The Honorable Janet T. Neff
                              U.S. District Judge

                              December 1, 2020
                              Date