# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   John Andrew Mekediak                              Case Number: 1:11CR00057-01

Name of Sentencing Judicial Officer: The Honorable Robert Holmes Bell
                                     U.S. District Judge

Name of Presiding Judicial Officer:  The Honorable Janet T. Neff
                                     U.S. District Judge

Date of Original Sentence: December 1, 2011

Original Offense: Count 2: Felon in Possession of a Firearm; 18 U.S.C §§ 922(g) and 924(e)(1)

Original Sentence: 240 months imprisonment and 5 years supervised release. Special Conditions: (1)substance abuse treatment/testing; (2) no alcohol use/possession; (3) mental health treatment; (4) financial disclosure; (5) community service work alternative; (6) cellular phone as approved; (7) no contact with ex-felons without approval; (8) curfew for first year of supervision. Special Assessment, $100.00 (paid).

Amended Sentence: 120 months imprisonment and 3 years supervised release. Special Conditions: (1)substance abuse treatment/testing; (2) no alcohol use/possession; (3) mental health treatment; (4) financial disclosure; (5) community service work alternative; (6) cellular phone as approved; (7) no contact with ex-felons without approval; (8) curfew for first year of supervision. Special Assessment, $100.00 (paid).

Type of Supervision: Supervised Release           Date Supervision Commenced: May 28, 2021
                                                              Expiration Date: May 27, 2023

Assistant U.S. Attorney: Richard Clayton Stiffler    Defense Attorney: Thomas William Parker Douglas

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes Mr. Mekediak has violated the following condition of supervision:

**Violation Number 1**

**Special Condition Number 5: You must not have contact with Lindsey Mekediak. This includes any physical, visual, written, electronic or telephonic contact with such persons. Additionally, you must not directly cause or encourage anyone else to have such contact with Lindsey Mekediak.**

On or about June 14 and 15, 2021, Mr. Mekediak had contact with Lindsey Mekediak.

**Nature of Noncompliance for Violation 1**

On June 15, 2021, Lindsey Mekediak contacted the State of Michigan Police, Marshall Post, to report her estranged husband, John Mekediak, violated a state personal protection order and conditions of supervised release by having contact with her. According to incident report 54-3275-21, Ms. Mekediak reported Mr. Mekediak had been texting her and calling her since June 14, 2021. Troopers reviewed screenshots of missed telephone calls from Mr. Mekediak, Facebook messenger interactions with a profile for "John Boomer Mekediak" and text messages from Mr. Mekediak's mobile phone. Later on that date, Ms. Mekediak's neighbor contacted the State of Michigan Police, Marshall Post, to report gunfire near the residence. According to incident report 54-3276-21, troopers located six spent nine-millimeter casings near/in the driveway of the residence of Ms. Mekediak's parents, where Ms. Mekediak was located at the time. The gunfire incident continues to be investigated.

On June 15, 2021, Ms. Mekediak contacted this officer to report the incident. She provided screenshots of the text messages, Facebook messenger interactions and missed telephone calls from Mr. Mekediak's mobile telephone indicating he has been in contact with her through various methods of communication beginning on June 14, 2021. Ms. Mekediak provided her cellular telephone records as evidence. This officer was able to review and verify the mobile number on file with the probation department for Mr. Mekediak's contact with Ms. Mekediak on June 14, 2021, at 10:44 p.m. and 10:46 p.m.

**Previous Violations**

- **April 10, 2020:** Report on Offender: Mr. Mekediak was arrested for new state criminal matters on February 29, 2020, for the offense Telecommunications Services-Malicious use; on March 10, 2020, for the offense Nonaggravated Assault; and on March 13, 2020, for the offense Obstruction of Justice. The probation officer recommended no formal action while the charges continued to be investigated by local law enforcement and the courts. The Court agreed no action needed at this time.

- **July 31, 2020:** Modification of supervised release due to Mr. Mekediak being arrested and charged in Calhoun County for Domestic Violence against Lindsey Mekediak, and a violation of his supervised release curfew. The Court adding Special Condition Numbers (9) four months location monitoring with home detention; (10) no contact with Lindsey Mekediak, including physical, visual, written, electronic or telephonic by offender or through a third party; and (11) search and seizure.

- **January 25, 2021:** Revocation of supervised release based on Mr. Mekediak's unauthorized contact with Ms. Mekediak. The Court ordered 6 months custody followed by 24 months supervised release with the following special conditions: (1) substance abuse testing/treatment; (2) no alcohol; (3) mental health treatment; (4) community service work alternative; (5) no contact with Lindsey Mekediak; (6) no threatening, harassing intimidating behavior; (7) search/seizure.

**U.S. Probation Officer Recommendation:**

The Supervised Release should be
    [X]  revoked.

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    Executed on June 16, 2021

| Approved, | Respectfully submitted, |
|---|---|
| by /s/ Scott M. Lopofsky<br>Scott M. Lopofsky<br>Supervisory U.S. Probation Officer<br>Date: June 16, 2021 | by /s/ Matthew M. Weiland<br>Matthew M. Weiland<br>U.S. Probation Officer<br>Date: June 16, 2021 |

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other

                                    /s/ Janet T. Neff

                                  The Honorable Janet T. Neff
                                  U.S. District Judge

                                  June 17, 2021

                                  Date